UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

HOWECO, LLC, a Florida Partnership,

　　　Plaintiff,

vs.

INDIAN HARBOR INSURANCE COMPANY,
a Foreign Corporation,

　　　Defendant.

_____/



FILED by ___ **AJS** ___ D C
INTAKE

FEB 1 2 2010

STEVEN M. LARIMORE
CLERK U S. DIST  CT
S.D. OF FLA. MIAMI

## DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, INDIAN HARBOR INSURANCE COMPANY, a foreign corporation, hereby files this Notice of Removal of Civil Action, and states:

1.　　Defendant, INDIAN HARBOR INSURANCE COMPANY ("Indian Harbor") is a property insurer that has been named Defendant in a Complaint for Breach of Contract action, which was initially filed by Plaintiff, HOWECO, LLC, on September 2, 2009, in the 11th Judicial Circuit of the State of Florida for Miami-Dade County, case number 09-63470-CA-22, styled as *HOWECO, LLC vs. INDIAN HARBOR INSURANCE COMPANY*.  Plaintiff subsequently filed its Amended Complaint on November 5, 2009. See Plaintiff's Complaint and Amended Complaint, attached hereto as **Composite Exhibit "A"**.

2.　　This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331 and which the Defendant is entitled to remove to this Court based upon diversity of citizenship as Plaintiff is a Florida company and a citizen of the State of Florida and Defendant is a North Dakota company with its principal place

BERK, MERCHANT |&| SIMS
PLC

2100 PONCE DE LEON BOULEVARD, PH1 • CORAL GABLES, FLORIDA 33134 • PHONE: 786.338.2900 • FAX: 786.338.2888

of business at 70 Seaview Avenue in Stamford, Connecticut.   See Affidavit in Support of Removal by Justine Schroeder, attached hereto as **Exhibit "B"**.

3.     Venue is proper in the Southern District because at all relevant times the insurance company was doing business in Florida through its agent located in Miami-Dade County, Florida and the suit for which this removal originates was filed by Plaintiff in the Circuit Court in and for Miami-Dade County.

4.     These jurisdictional facts were true at the time of filing Plaintiff's petitions and are true at the time of removal.

5.     According to the return of service in the court file, service of process was effected on Defendant through the Chief Financial Officer of the State of Florida pursuant to Florida Statutes Section 48.151 on September 3, 2009.  See the Civil Action Summons, attached hereto as **Exhibit "C"**.

6.     At the time of service of the Complaint and the Amended Complaint, no evidence of the amount in controversy was pled.  The Complaint and the Amended Complaint only allege damages in excess of $15,000.00.  Indian Harbor first became aware of the amount in controversy via a paper or pleading on January 21, 2010, when it received Plaintiff's answers to Interrogatories dated January 15, 2010.  See Answers to Interrogatories, attached hereto as **Exhibit "D"**; see also Affidavit of Justine Schroeder, previously attached hereto as Exhibit "B".

7.     Thus, pursuant to 28 USC § 1446 (b):

If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or have become removable, except that a case may not be

removed on the basis of jurisdiction conferred by § 1332 of this title [28 USC § 1332] more than 1 year after commencement of the action.

8.     The underlying damages exceed the jurisdictional requirement of $75,000.00. Specifically, Plaintiff claims damages in its answer to Interrogatory number 1 in the total amount of $300,000.00 for damage and $75,000.00 for loss of use.  See Answers to Interrogatories, previously attached hereto as **Exhibit "D"**.

9.     The following constitutes all of the process, pleadings and orders filed in this action:

a.     Plaintiff's Complaint for Breach of Contract and Demand for Jury Trial

b.     Civil Cover Sheet

c.     Summons

d.     Return of Service

e.     Defendant's Motion for Enlargement of Time

f.     Defendant's Motion to Dismiss

g.     Defendant's First Set of Interrogatories to Plaintiff

h.     Defendant's First Request for Production to Plaintiff

i.     Order granting Motion to Dismiss

j.     Plaintiff's Amended Complaint

k.     Defendant's Answer and Affirmative Defenses to Amended Complaint

l.     Defendant's Motion to Compel Discovery

A copy of the Plaintiff's Complaint and Amended Complaint for Breach of Contract and Demand for Jury Trial has been annexed as Composite Exhibit "A" and a copy of the

Summons has been annexed as Exhibit "C".  A copy of the Civil Cover Sheet is attached hereto as **Exhibit "E"**.  A copy of the Notice to State Court of Removal is attached hereto as composite **Exhibit "F"**.

10.     This Notice of Removal is being filed within thirty (30) days of Defendant's receipt of the Plaintiff's answers to Interrogatories in which the amount in controversy was revealed.

**WHEREFORE**, Defendant, INDIAN HARBOR INSURANCE COMPANY, a foreign corporation, respectfully requests that the above-referenced action pending in the Circuit Court in and for Miami-Dade County, Case No.: 09-63470 CA 22, be removed from that court to the United States District Court for the Southern District of Florida's Miami Division.

DATED this _12_ day of February, 2010.

Respectfully submitted,

**BERK, MERCHANT & SIMS, PLC**

William S. Berk
Florida Bar No.: 349828
Patrick E. Betar
Florida Bar No.: 11073
2100 Ponce De Leon Blvd., PH1
Coral Gables, Florida  33134
Telephone: (786) 338-2900
Facsimile:(786)338-2888
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished

via fax and U.S. Mail this __12__ day of February, 2010 to:

Paul Sack, Esq.
**2520 Shelter Avenue**
**Miami Beach, FL 33140**
Telephone: 786-942-0454
Facsimile:  305-864-6884
*Counsel for Plaintif*

Patrick E. Betar

IN THE CIRCUIT COURT OF THE 11TH


IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO. vs.

HOWECO, LLC, a Florida Partnership          **09 − 6 3 4 7 0 CA 2 2**

    Plaintiff,

vs.

INDIAN HARBOR INSURANCE COMPANY,
 a Foreign Corporation

    Defendant.

_____/

ORIGINAL
FILED
AUG 2 8 2009
HARVEY RUVIN
CLERK

## **COMPLAINT**

COMES NOW the Plaintiff, HOWECO, LLC, a Florida Partnership vs. INDIAN HARBOUR

INSURANCE COMPANY, a foreign Corporation and states as follows:

    1.    This is a Complaint for damages in excess of twenty-five thousand dollars ($25,000.00)

    2.    The Plaintiff, HOWECO, LLC, a Florida Partnership is a Florida Partnership doing

business in Miami-Dade County, Florida.

    3.    INDIAN HARBOR INSURANCE COMPANY is a foreign Corporation licensed by the

State of Florida to write insurance policies in the State of Florida.

    4.    The property address of the loss is 620 Lenox Avenue, Miami Beach, Fl 33139, located

in Miami-Dade County, Florida.

    5.    The Plaintiff did purchase and the Defendant did sell the policy of insurance at the

aforementioned property.

    6.    The policy that was issued was number FCI 0047322. (Attached as Exhibit "A")

    7.    On or about November 2008 and continuing through dates unknown, a loss covered

pursuant to the terms of the policy of insurance was sustained at the aforementioned property.



EXHIBIT
A

8.    The Defendant has wrongfully refused and continues to wrongfully refuse to pay all claims pursuant to the terms of the policy and aforementioned loss.

9.    The Defendant is in breach of the policy of insurance.

10.   All conditions precedent have been met prior to the filing of this lawsuit by the Plaintiff.

11.   The Plaintiff has been damaged as a result of the breach by the Defendant.

12.   The Plaintiff has been forced to retain the undersigned as counsel and has agreed to pay a reasonable fee.

WHEREFORE, for the aforementioned reasons, the Plaintiff respectfully prays this Honorable Court for an Order granting:

      a)    Compensatory damages.

      b)    Cost of this action.

      c)    Attorney's fees pursuant to Florida Statutes 627.428.

      d)    Trial by Jury.

      e)    Other such relief as this Court shall deem just and proper.

Dated: August 25, 2009     Respectfully Submitted,
Miami Beach, Florida

                PAUL A. SACK, P.A.
                6103 Aqua Avenue, # 404
                Miami Beach, Fl 33141-5876
                Telephone:  (786) 942-0454
                Facsimile:   (305) 864-0881

By: _____
                Paul A. Sack, Esquire
                Florida Bar No. 363103

POLICY NUMBER MUST APPEAR ON ALL CORRESPONDENCE

(1)

| Policy Number |
|---|
| FCI 005 1906 |

# Indian Harbor Insurance Company

70 Seaview Ave, Stamford, CT 06902
Home Office: 1201 North Market Street, Suite 501, Wilmington, DE 19801
Please forward correspondence and claims to our Administrative Office: WKF&C Agency, Inc.
One Huntington Quadrangle
Suite 4N20
Melville, NY 11747

### COMMERCIAL PROPERTY POLICY
### COMMON POLICY DECLARATIONS

| POLICY PERIOD | | At 12:01 A.M. Standard Time at your Mailing Address Shown Below. | RENEWAL OF NUMBER | Account Number |
|---|---|---|---|---|
| Effective Date 12/20/2008 | Expiration Date 12/20/2009 | | FCI 004 7322 | |

**NAMED INSURED AND ADDRESS**

Howeco LLC a FL Partnership
1111 Lincoln Road
Suite 400
Miami Beach, FL 33139

**PRODUCER NAME AND ADDRESS**

American E&S Insurance Brokers of CA
40 Fulton Street
15th floor
New York, NY 10038
Phone: 212-619-4220

**BUSINESS DESCRIPTIONS:**

APARTMENT BUILDING OPERATORS

In return for the payment of the premium and subject to all the terms of this policy, the company indicated above agrees to provide the insurance stated in this policy.

**PREMIUM SUMMARY:**

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| | |
|---|---|
| Commercial Property Coverage Non-Terrorism Part | $17,903.00 |
| Commercial Property Coverage Terrorism Part | $1,790.00 |
| Commercial Inland Marine Coverage Non-Terrorism Part | $0.00 |
| Commercial Inland Marine Coverage Terrorism Part | $0.00 |
| Commercial Crime Coverage Part | $0.00 |
| Commerical Auto Coverage Part | $0.00 |
| Garage Coverage Part | $0.00 |

**The Hurricane Catastrophe Fund Assessment Fee of 1% Applies To All Florida Premium**

**A Fee of $4.00 applies To The EMPA Trust Fund for All Florida Policies.**

| | |
|---|---|
| Minimum Earned % | 25.00% |
| TOTAL | $19,693.00 |

*Thomas Wiles* (signature)

**FORM(S) AND ENDORSEMENT(S) MADE A PART OF THIS POLICY AT TIME OF ISSUE***

*Omits applicable forms and endorsements if shown in specific Coverage Part/Coverage Form Declarations.

Authorized Signature

EXHIBIT "A"

## COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

Policy No.:FCI 005 1906

Effective Date: **12/20/2008** **
12:01 A.M. Standard Time

**NAMED INSURED:  Howeco LLC a FL Partnership**

**DESCRIPTION OF PREMISES:**
PREM/BLDG NO     LOCATION, CONSTRUCTION AND OCCUPANCY

See Location Schedule attached

**COVERAGES PROVIDED** -Insurance at the described premises applies only for which a limit of insurance is shown

| PREM/BLDG NO | CODE | COVERAGE | LIMIT OF INSURANCE | ACV/RC* | COVERED CAUSES OF LOSS | COINSURANCE** | RATES |
|---|---|---|---|---|---|---|---|

See Location Schedule attached

*RC means Replacement Cost  **Extra Expense Coverage, Limits on Loss Payment

**OPTIONAL COVERAGES - Applicable only when entries are made in the schedule below**

| PREM/BLDG NO | CODE | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSURANCE** | RATES |
|---|---|---|---|---|---|---|

| PREM/BLDG NO | ***MONTHLY LIMIT OF INDEMNITY(FRACTION) | MAXIMUM PERIOD OF INDEMNITY (X) | ***EXTENDED PERIOD OF INDEMNITY (DAYS) |
|---|---|---|---|

*RC means Replacement Cost  **Extra Expense Coverage, Limits on Loss Payment  ***Applies To Business Income Only

**MORTGAGE HOLDERS**
PREM/BLDG NO          MORTGAGE HOLDER NAME AND MAILING ADDRESS

See Mortgagee Schedule attached*

*If no schedule attached, no mortgagees apply

**DEDUCTIBLE: $5,000.00** - Other Deductibles May Apply See Attached Endorsements

**FORMS AND ENDORSEMENTS** (other than applicable Forms and Endorsements shown elsewhere in the policy):
Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue: See Form Schedule attached

**Coverage Exception**
Applicable only to Specific
Premises/Coverages

| | Prem No. | Bldg. No. | Coverages | Form Numbers |
|---|---|---|---|---|

**PREMIUM**

Minimum Premium for this Coverage Part: 25 %

Premium for this Coverage Part  $19,693.00

**Inclusion of Date Optional

## THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THIS INSURED AND THE POLICY PERIOD

CF 15 00 06 03

# Schedule of Forms

Named Insured  Howeco LLC a FL Partnership

Policy No:    FCI 005 1906              Indian Harbor Insurance Company

| Form Name | Form Edition No |
|---|---|
| Declarations Page | Dec Page |
| Supplemental Declarations | CF 15 00 06 03 |
| Schedule of Forms | Forms |
| Location Schedule | Locsched (F1 8/95) |
| Additional Interests | Mortsch (F1) |
| Building & Personal Property Form | CP00100402 |
| Business Income without Extra Expense | CP00320402 |
| Causes of Loss - Special Form (v. 04/02) | CP10300402 |
| Commercial Property Conditions | CP00900788 |
| Common Policy Conditions | IL00171198 |
| Certain Computer Related Loss Exclusion | IL09350702 |
| Florida Changes - Cancellation and Nonrenewal | IL02550702 |
| Florida Changes | CP01250695 |
| Cap on Losses From Certified Acts of Terrorism | IL09520108 |
| Windstorm or Hail Exclusion | CP10540695 |
| Ordinance or Law Coverage | CP04050402 |
| Foreign Assets Control Notice to Policy Holders-XL | PN CW 05 0106 |
| Service of Process | IHIC-SOP-(05/01) |
| Asbestos Material Endorsement | asbest.mat(F1 02/95) |
| Minimum Earned Premium | WK 64 64 10 07 |
| Pollution and Contamination Exclusion | WK 76 55 10 07 |
| Occurrence Limit of Liability | WK 62 28 10 07 |
| Disclosure Pursuant to Terrorism Risk Insurance Act | IL09850108 |
| Commercial Property Terrorism Notice to Policy Holders(Excl Tria) | PN3270108TR |
| In Witness Endorsement | IL MP 9104 0906 |
| Notice to Policy Holders-FL | PN FL 02 04 05 |
| Notice to Policy Holders - FL2 | PN FL 03 0405 |
| Notice to Policy Holders-XL | PNCW030505 |
| Fraud Notice To Policy Holders-XL | PN CW 01 0505 |
| Privacy Notice To Policy Holders-XL | PN CW 02 0505 |

# LOCATION SCHEDULE

Named Insured: Howeco LLC a FL Partnership
Policy Effective Date: 12/20/2008
Policy Expiration Date: 12/20/2009
This endorsement effective: 12:01 AM 12/20/2008   forms a part of Policy No: FCI 005 1906

| Loc. # | Bldg. # | Location Address | Coverage | Values | Covered Cause of Loss | Co-Ins. | Valuation |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 620 Lenox Avenue<br>Miami Beach, FL Miami-Dade 33139 | BLANKET ORDINANCE OR LAW | $250,000 | Special - Excluding Flood, Quake, Wind & Hail | 80% | RC |
| | | Protection: None<br>Class: Apartments<br>Construction: Frame | REAL PROPERTY<br>RENTAL VALUE | $1,353,000<br>$300,000 | Special - Excluding Flood, Quake, Wind & Hail<br>Special - Excluding Flood, Quake, Wind & Hail | 80%<br>100% | RC<br>ALS |
| 1 | 2 | 628 Lenox Avenue<br>Miami Beach, FL Miami-Dade 33139 | REAL PROPERTY<br>RENTAL VALUE | $1,353,000<br>$300,000 | Special - Excluding Flood, Quake, Wind & Hail<br>Special - Excluding Flood, Quake, Wind & Hail | 80%<br>100% | RC<br>ALS |
| | | Protection: None<br>Class: Apartments<br>Construction: Frame | | | | | |
| 1 | 3 | 636 Lenox Avenue<br>Miami Beach, FL Miami-Dade 33139 | REAL PROPERTY<br>RENTAL VALUE | $1,353,000<br>$300,000 | Special - Excluding Flood, Quake, Wind & Hail<br>Special - Excluding Flood, Quake, Wind & Hail | 80%<br>100% | RC<br>ALS |
| | | Protection: None<br>Class: Apartments<br>Construction: Frame | | | | | |
| 1 | 4 | 644 Lenox Avenue<br>Miami Beach, FL Miami-Dade 33139 | REAL PROPERTY<br>RENTAL VALUE | $1,353,000<br>$300,000 | Special - Excluding Flood, Quake, Wind & Hail<br>Special - Excluding Flood, Quake, Wind & Hail | 80%<br>100% | RC<br>ALS |
| | | Protection: None<br>Class: Apartments<br>Construction: Frame | | | | | |

# MORTGAGEE / ADDITIONAL INTERESTS

| | |
|---|---|
| Named Insured: | Howeco LLC a FL Partnership |
| Policy Effective Date: | 12/20/2008 |
| Policy Expiration Date: | 12/20/2009 |
| This endorsement effective: | 12:01 AM    12/20/2008    forms a part of Policy No: FCI 005 1906 |

| Interest Type(s) | Interest |
|---|---|
| Loss Payee | **KeyCorp Real Estate Capital Markets, Inc., as Master Servicer for Wells Fargo Bank, N.A., Trustee doe the registered holders of NationsLink Commercial Mortgage Pass-Through Certificates, Series 1999-1, an additional loss payee, c/o Bank of America, N.A., Subservicer, NationsLink Series 1999-1; NC1-026-06-01 900 West Trade Street Suite 650 Charlotte, NC 28255** |

**As respects:**

Loc# 1 Bldg# 1        Loc# 1 Bldg# 2        Loc# 1 Bldg# 3        Loc# 1 Bldg# 4

COMMERCIAL PROPERTY
CP 00 32 04 02

# BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G. – Definitions.**

## A. Coverage

1. **Business Income**

   Business Income means the:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

   b. Continuing normal operating expenses incurred, including payroll.

   For manufacturing risks, Net Income includes the net sales value of production.

   Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

   a. Business Income including "Rental Value".

   b. Business Income other than "Rental Value".

   c. "Rental Value".

   If option **a.** above is selected, the term Business Income will include "Rental Value". If option **c.** above is selected, the term Business Income will mean "Rental Value" only.

   If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

   We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

   With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

   a. The portion of the building which you rent, lease or occupy; and

   b. Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

2. **Covered Causes Of Loss, Exclusions And Limitations**

   See applicable Causes of Loss Form as shown in the Declarations.

3. **Additional Limitation – Interruption Of Computer Operations**

   a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage – Interruption Of Computer Operations.

   b. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

© ISO Properties, Inc., 2001

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO: 09-63470 CA 22

HOWECO, LLC, a Florida Partnership

      Plaintiff,

vs.

INDIAN HARBOR INSURANCE COMPANY,
a Foreign Corporation

      Defendant.

_____/

## AMENDED COMPLAINT

COMES NOW the Plaintiff, HOWECO, LLC, a Florida Partnership vs. INDIAN HARBOUR

INSURANCE COMPANY, a foreign Corporation and states as follows:

1.    This is a Complaint for damages in excess of twenty-five thousand dollars ($25,000.00)

2.    The Plaintiff, HOWECO, LLC, a Florida Partnership is a Florida Partnership doing

business in Miami-Dade County, Florida.

3.    INDIAN HARBOR INSURANCE COMPANY is a foreign Corporation licensed by the

State of Florida to write insurance policies in the State of Florida.

4.    The property address of the loss is 620 Lenox Avenue, Miami Beach, Fl 33139, located

in Miami-Dade County, Florida.

5.    The Plaintiff did purchase and the Defendant did sell the policy of insurance at the

aforementioned property.

6.    The policy that was issued was number FCI 0047322. (Attached as Exhibit "A")

7.    On or about November 2008 and continuing through dates unknown, a loss covered

pursuant to the terms of the policy of insurance was sustained at the aforementioned property.

8.    The Defendant has wrongfully refused and continues to wrongfully refuse to pay all claims pursuant to the terms of the policy and aforementioned loss.

9.    The Defendant is in breach of the policy of insurance.

10.   All conditions precedent have been met prior to the filing of this lawsuit by the Plaintiff.

11.   The Plaintiff has been damaged as a result of the breach by the Defendant.

12.   The Plaintiff has been forced to retain the undersigned as counsel and has agreed to pay a reasonable fee.

WHEREFORE, for the aforementioned reasons, the Plaintiff respectfully prays this Honorable Court for an Order granting:

a)    Compensatory damages.

b)    Cost of this action.

c)    Attorney's fees pursuant to Florida Statutes 627.428.

d)    Trial by Jury.

e)    Other such relief as this Court shall deem just and proper.

Dated: November _5_, 2009            Respectfully Submitted,
       Miami Beach, Florida

                                     PAUL A. SACK, P.A.
                                     6103 Aqua Avenue, # 404
                                     Miami Beach, Fl 33141-5876
                                     Telephone:  (786) 942-0454
                                     Facsimile:  (305) 864-6881

                              By: _____
                                     Paul A. Sack, Esquire
                                     Florida Bar No. 363103

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 5th day of November, 2009 upon:

Patrick E. Betar, Esq.
Berk Merchant & Sims, PLC
2100 Ponce de Leon Blvd., PH 1
Coral Gables, FL 33134

_____
Paul A. Sack, Esquire

POLICY NUMBER MUST APPEAR ON ALL CORRESPONDENCE

(1)

| Policy Number |
|---|
| FCI 004 7322 |

# Indian Harbor Insurance Company

70 Seaview Ave, Stamford, CT 06902
Home Office: 1201 North Market Street, Suite 501, Wilmington, DE 19801

Please forward correspondence and claims to our Administrative Office: WKF&C Agency, Inc.

This insurance is issued pursuant to the Florida Surplus Lines Laws. Persons insured by Surplus Lines Carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.

One Huntington Quadrangle
Suite 4N20
Melville, NY 11747

## COMMERCIAL PROPERTY POLICY
## COMMON POLICY DECLARATIONS

| POLICY PERIOD | | At 12:01 A.M. Standard Time at your Mailing Address Shown Below. | RENEWAL OF NUMBER | Account Number |
|---|---|---|---|---|
| Effective Date 12/20/2007 | Expiration Date 12/20/2008 | | FCI 004 0983 | |

**NAMED INSURED AND ADDRESS**

Howeco LLC a FL Partnership
1111 Lincoln Road
Suite 400
Miami Beach, FL 33139

Surplus Lines Agent's Name: Michelle Goldman
Surplus Lines Agent's Address: 40 Fulton St. NY, NY 10038
Surplus Lines Agent's License: E147589
Producing Agent's Name: _____
Producing Agent's Address: _____

**PRODUCER NAME AND ADDRESS**

American E&S Insurance Brokers of CA
40 Fulton Street
15th floor
New York, NY 10038
Phone: 212-619-4220

**BUSINESS DESCRIPTIONS:**

APARTMENT BUILDING OPERATORS

In return for the payment of the premium and subject to all the terms of this policy, the company indicated above agrees to provide the insurance stated in this policy.

**PREMIUM SUMMARY:**

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| | |
|---|---|
| Commercial Property Coverage Non-Terrorism Part | $14,370.00 |
| Commercial Property Coverage Terrorism Part | $1,437.00 |
| Commercial Inland Marine Coverage Non-Terrorism Part | $0.00 |
| Commercial Inland Marine Coverage Terrorism Part | $0.00 |
| Commercial Crime Coverage Part | $0.00 |
| Commerical Auto Coverage Part | $0.00 |
| Garage Coverage Part | $0.00 |

**The Hurricane Catastrophe Fund Assessment Fee of 1% Applies To All Florida Premium**

**A Fee of $4.00 applies To the EMPA Trust Fund for All Florida Policies.**

FHCF

Inspection Fee — $250.00

Surplus Lines Tax: $802.85
Stamp Fee: $16.06
EMPA: $4.00
Citizen's Assessment: $160.57
Filing Fee: $35.00

| | |
|---|---|
| Minimum Earned % | 25.00% |
| TOTAL | $16,057.00 |

**FORM(S) AND ENDORSEMENT(S) MADE A PART OF THIS POLICY AT TIME OF ISSUE\***

*Omits applicable forms and endorsements if shown in specific Coverage Part/Coverage Form Declarations.

Authorized Signature



EXHIBIT "A"

# Schedule of Forms

Named Insured  Howeco LLC a FL Partnership

Policy No:    FCI 004 7322                    Indian Harbor Insurance Company

| Form Name | Form Edition No |
|---|---|
| Declarations Page | Dec Page |
| Supplemental Declarations | CF 150 |
| Schedule of Forms | Forms |
| Location Schedule | Locsched (F1 8/95) |
| Additional Interests | Mortsch (F1) |
| Building & Personal Property Form | CP00100402 |
| Business Income without Extra Expense | CP00320402 |
| Causes of Loss - Special Form (v. 04/02) | CP10300402 |
| Commercial Property Conditions | CP00900788 |
| Common Policy Conditions | IL00171198 |
| Certain Computer Related Loss Exclusion | IL09350702 |
| Florida Changes - Cancellation and Nonrenewal | IL02550702 |
| Florida Changes | CP01250695 |
| Cap on Losses from Certified Acts of Terrorism | ILO9521102 |
| Windstorm or Hail Exclusion | CP10540695 |
| Ordinance or Law Coverage | CP04050402 |
| Foreign Assets Control Notice to Policy Holders-XL | PN CW 05 0106 |
| Service of Process | IHIC-SOP-(05/01) |
| Asbestos Material Endorsement | asbest.mat(F1 02/95) |
| Minimum Earned Premium | WK 64 64 10 07 |
| Pollution and Contamination Exclusion | WK 76 55 10 07 |
| Occurrence Limit of Liability | WK 62 28 10 07 |
| Disclosure Pursuant to Terrorism Risk | IL09850103 |
| In Witness Endorsement | IL MP 9104 0906 |
| Notice to Policy Holders-FL | PN FL 02 04 05 |
| Notice to Policy Holders - FL2 | PN FL 03 0405 |
| Notice to Policy Holders-XL | PNCW030505 |
| Fraud Notice To Policy Holders-XL | PN CW 01 0505 |
| Privacy Notice To Policy Holders-XL | PN CW 02 0505 |
| Notice to Policy Holders - Potential Restrictions of Terrorism(Cap) | PN591106TR |

COMMERCIAL PROPERTY
CP 00 10 04 02

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H. – Definitions.**

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

  **(1)** Completed additions;

  **(2)** Fixtures, including outdoor fixtures;

  **(3)** Permanently installed:

    **(a)** Machinery and

    **(b)** Equipment;

  **(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

    **(a)** Fire extinguishing equipment;

    **(b)** Outdoor furniture;

    **(c)** Floor coverings; and

    **(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

  **(5)** If not covered by other insurance:

    **(a)** Additions under construction, alterations and repairs to the building or structure;

    **(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:

  **(1)** Furniture and fixtures;

  **(2)** Machinery and equipment;

  **(3)** "Stock";

  **(4)** All other personal property owned by you and used in your business;

  **(5)** Labor, materials or services furnished or arranged by you on personal property of others;

  **(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    **(a)** Made a part of the building or structure you occupy but do not own; and

    **(b)** You acquired or made at your expense but cannot legally remove;

  **(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

 © ISO Properties, Inc., 2001 □

q. The following property while outside of buildings:

   (1) Grain, hay, straw or other crops;

   (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

### 3. Covered Causes Of Loss

See applicable Causes of Loss Form as shown in the Declarations.

### 4. Additional Coverages

a. Debris Removal

   (1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   (2) Debris Removal does not apply to costs to:

       (a) Extract "pollutants" from land or water; or

       (b) Remove, restore or replace polluted land or water.

   (3) Subject to the exceptions in Paragraph (4), the following provisions apply:

       (a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

       (b) Subject to (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   (4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

       (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

       (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   Therefore, if (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

   (5) Examples

       The following examples assume that there is no coinsurance penalty.

### Example #1

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

© ISO Properties, Inc., 2001

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

   **(a)** You were required to comply with before the loss, even when the building was undamaged; and

   **(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

   **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

   **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

   **(a)** We will not pay for the Increased Cost of Construction:

      **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

      **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

   **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered – Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage – Electronic Data, subject to the following:

© ISO Properties, Inc., 2001

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered – Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-Premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Bldg. 1: | $ | 60,000 |
| Limit of Insurance – Bldg. 2: | $ | 80,000 |
| Loss to Bldg. 1: | $ | 60,100 |
| Loss to Bldg. 2: | $ | 90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$ 60,100

–    250

$ 59,850 Loss Payable – Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139,850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1:    $     70,000

(exceeds Limit of Insurance plus Deductible)

Loss to Bldg. 2:    $     90,000

(exceeds Limit of Insurance plus Deductible)

Loss Payable – Bldg. 1:    $60,000

(Limit of Insurance)

Loss Payable – Bldg. 2:    $80,000

(Limit of Insurance)

Total amount of loss payable:

$140,000

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

   **(1)** Notify the police if a law may have been broken.

   **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

   **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

   **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

   **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

 © ISO Properties, Inc., 2001

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 10/13/2009 |

| PRODUCER   410-339-5172          FAX 410-339-5352 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
|---|---|---|
| Insurance Office of America, Inc.<br>1407 York Rd, Ste 312<br>Lutherville, MD 21093 | | |
| | **INSURERS AFFORDING COVERAGE** | **NAIC #** |
| **INSURED** | INSURER A: Ohio Casualty | |
| Eastern Technical, Inc.<br>2909 Alden Road<br>Baltimore, MD  21234 | INSURER B: Hartford Insurance Company | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY**<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR<br><br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [ ] PRO-JECT [ ] LOC | CBP8507604 | 08/23/2009 | 08/23/2010 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $ 1,000,000<br>$ 300,000<br>$ 10,000<br>$ 1,000,000<br>$ 2,000,000<br>$ 2,000,000 |
| A | | **AUTOMOBILE LIABILITY**<br>[X] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS<br>[ ] NON-OWNED AUTOS | BA8528180 | 08/23/2009 | 08/23/2010 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $ 1,000,000<br>$<br>$<br>$ |
| | | **GARAGE LIABILITY**<br>[ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN       EA ACC<br>AUTO ONLY:           AGG | $<br>$<br>$ |
| A | | **EXCESS/UMBRELLA LIABILITY**<br>[X] OCCUR [ ] CLAIMS MADE<br><br>[ ] DEDUCTIBLE<br>[ ] RETENTION  $ | CU8527381 | 08/23/2009 | 08/23/2010 | EACH OCCURRENCE<br>AGGREGATE<br><br><br> | $ 5,000,000<br>$ 5,000,000<br>$<br>$<br>$ |
| A | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | 30WECLB4181 | 08/23/2009 | 08/23/2010 | [X] WC STATU-TORY LIMITS [ ] OTH-ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | <br>$ 500,000<br>$ 500,000<br>$ 500,000 |
| A | | **OTHER**<br>Equipment Leasing | CBP8507604 | 08/23/2008 | 08/23/2009 | Bus.Pers. Property  $185,000<br>Scheduled Equipment $179,800<br>DED              $500/$1000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Workers Compensation Commission<br>10 E. Baltimore Street<br>Baltimore, MD 21202 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __10__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE<br>Jeffrey McDonough/CONNET |

ACORD 25 (2001/08)                                                ©ACORD CORPORATION 1988

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

# DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

ACORD 25 (2001/08)

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

© ISO Properties, Inc., 2001   CP 00 10 04 02

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

| When: | The value of the property is | | $ | 250,000 |
|---|---|---|---|---|
| | The Coinsurance percentage for it is | | | 80% |
| | The Limit of Insurance for it is | | $ | 100,000 |
| | The Deductible is | | $ | 250 |
| | The amount of loss is | | $ | 40,000 |

| Step (1): | $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements) |
|---|---|
| Step (2): | $100,000 ÷ $200,000 = .50 |
| Step (3): | $40,000 x .50 = $20,000 |
| Step (4): | $20,000 − $250 = $19,750 |

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2 (Adequate Insurance):**

| When: | The value of the property is | | $ | 250,000 |
|---|---|---|---|---|
| | The Coinsurance percentage for it is | | | 80% |
| | The Limit of Insurance for it is | | $ | 200,000 |
| | The Deductible is | | $ | 250 |
| | The amount of loss is | | $ | 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

| When: | The value of property is: | | | |
|---|---|---|---|---|
| | Bldg. at Location No. 1 | | $ | 75,000 |
| | Bldg. at Location No. 2 | | $ | 100,000 |
| | Personal Property at Location No. 2 | | $ | 75,000 |
| | | | $ | 250,000 |
| | The Coinsurance percentage for it is | | | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | | $ | 180,000 |
| | The Deductible is | | $ | 1,000 |
| | The amount of loss is: | | | |
| | Bldg. at Location No. 2 | | $ | 30,000 |
| | Personal Property at Location No. 2. | | $ | 20,000 |
| | | | $ | 50,000 |

| Step (1): | $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below) |
|---|---|
| Step (2): | $180,000 ÷ $225,000 = .80 |
| Step (3): | $50,000 x .80 = $40,000 |
| Step (4): | $40,000 − $1,000 = $39,000 |

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

© ISO Properties, Inc., 2001          CP 00 10 04 02          □

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© ISO Properties, Inc., 2001
CP 00 10 04 02        □

## 4. Additional Coverages

### a. Expenses To Reduce Loss

In the event of a covered loss of Business Income, we will pay necessary expenses you incur, except the cost of extinguishing a fire, to avoid further loss of Business Income. The total of our payment for Business Income loss and Expenses to Reduce Loss will not be more than the Business Income loss that would have been payable under this Coverage Form (after application of any Coinsurance penalty) if the Expenses to Reduce Loss had not been incurred. This coverage does not increase the Limit of Insurance.

The Coinsurance condition does not apply specifically to such Expenses to Reduce Loss, but it is used as described above to determine the total amount payable.

### b. Civil Authority

We will pay for the actual loss of Business Income you sustain caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. This coverage begins 72 hours after the time of that action, and will apply for a period of up to three consecutive weeks from the date on which the coverage begins.

### c. Alterations And New Buildings

We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

**(1)** New buildings or structures, whether complete or under construction;

**(2)** Alterations or additions to existing buildings or structures; and

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

**(a)** Used in the construction, alterations or additions; or

**(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

### d. Extended Business Income

**(1)** Business Income Other Than "Rental Value"

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2)** "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

**(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in (2)(a) above.

© ISO Properties, Inc., 2001
CP 00 32 04 02      □

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Alterations and New Buildings;

2. Civil Authority;

3. Extended Business Income;

4. Expenses to Reduce Loss.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

© ISO Properties, Inc., 2001

CP 00 32 04 02   □

10. Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

11. All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

12. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example No. 1 (Underinsurance):**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been $400,000 | |
|---|---|---|
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $150,000 |
| | The amount of loss is | $ 80,000 |

Step 1:   $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step 2:   $150,000 ÷ $200,000 = .75

Step 3:   $ 80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example No. 2 (Adequate Insurance):**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been $400,000 | |
|---|---|---|
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $200,000 |
| | The amount of loss is | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

## E. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

1. **Maximum Period Of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income is the lesser of:

      (1) The amount of loss sustained during the 120 days immediately following the beginning of the "period of restoration"; or

      (2) The Limit of Insurance shown in the Declarations.

2. **Monthly Limit Of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

      (1) The Limit of Insurance, multiplied by

      (2) The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | The Limit of Insurance is | $120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is | 1/4 |

The most we will pay for loss in each period of 30 consecutive days is:

$120,000 x 1/4 = $30,000

If, in this example, the actual amount of loss is:

| | |
|---|---|
| Days 1-30 | $40,000 |
| Days 31-60 | 20,000 |
| Days 61-90 | 30,000 |
| | $90,000 |

We will pay:

| | |
|---|---|
| Days 1-30 | $30,000 |
| Days 31-60 | 20,000 |
| Days 61-90 | 30,000 |
| | $80,000 |

The remaining $10,000 is not covered.

3. **Business Income Agreed Value**

   a. To activate this Optional Coverage:

      (1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

    © ISO Properties, Inc., 2001    CP 00 32 04 02    □

COMMERCIAL PROPERTY
CP 10 30 04 02

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** – Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.,** Exclusions; or

**2.** Limited in Section **C.,** Limitations;

that follow.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(1)** An ordinance or law that is enforced even if the property has not been damaged; or

**(2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

### c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

     © ISO Properties, Inc., 2001         ☐

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

   (a) Dampness or dryness of atmosphere;

   (b) Changes in or extremes of temperature; or

   (c) Marring or scratching.

But if an excluded cause of loss that is listed· in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

  (1) You do your best to maintain heat in the building or structure; or

  (2) You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

  (1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, except as provided below in the Additional Coverage for Collapse. But if· collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute· in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

© ISO Properties, Inc., 2001

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income coverage or Extra Expense coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

**f.** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **2.a.** through **2.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in **2.a.**, **2.d.** and **2.e.**

**3.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in **2.b.** through **2.f.**, we will pay for loss or damage to that property only if:

**a.** Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

**b.** The property is Covered Property under this Coverage Form.

**4.** If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**5.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including micro-processors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

 © ISO Properties, Inc., 2001

**(4)** There has been a substantial change in the risk covered by the policy;

**(5)** The cancellation is for all insureds under such policies for a given class of insureds;

**(6)** On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**(7)** On the basis of filing of claims for partial loss caused by sinkhole damage, or on the basis of the risk associated with the occurrence of such a claim, if:

   **(a)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

   **(b)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if cancellation is for non-payment of premium; or

**(2)** 45 days before the effective date of cancellation if:

   **(a)** Cancellation is for one or more of the reasons stated in **7.a.(2)** through **7.a.(7)** above; and

   **(b)** This policy does not cover a residential structure or its contents; or

**(3)** 90 days before the effective date of cancellation if:

   **(a)** Cancellation is for one or more of the reasons stated in **7.a.(2)** through **7.a.(7)** above; and

   **(b)** This policy covers a residential structure or its contents.

**C.** The following is added:

**NONRENEWAL**

**1.** If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

   **a.** 90 days prior to the expiration of the policy if this policy covers a residential structure or its contents; or

   **b.** 45 days prior to the expiration of the policy for all other policies.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this policy:

   **a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

   **b.** On the basis of filing of claims for partial loss caused by sinkhole damage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may refuse to renew this policy if:

      **(1)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

      **(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

     © ISO Properties, Inc., 2001      IL 02 55 07 02   □

IL 09 52 11 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL CRIME COVERAGE FORM
    COMMERCIAL CRIME POLICY
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    EMPLOYEE THEFT AND FORGERY POLICY
    FARM COVERAGE PART
    GOVERNMENT CRIME COVERAGE FORM
    GOVERNMENT CRIME POLICY
    KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
    KIDNAP/RANSOM AND EXTORTION POLICY
    STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2002

POLICY NUMBER:FCI 004 7322

COMMERCIAL PROPERTY
CP 04 05 04 02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE*

| Prem. No./ Bldg. No. | Cov. A | Cov. B Limit Of Insur. | Cov. C Limit Of Insur. | Cov. B And C Combined Limit Of Insur. | |
|---|---|---|---|---|---|
| 1          1 | X | $ | $ | $ 250,000 | ** |
| /  | X | $ | $ | $ | ** |
| /  | X | $ | $ | $ | ** |

*Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

**Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C**, or if one of these Coverages is not applicable.

**A.** Each Coverage – Coverage **A**, Coverage **B** and Coverage **C** – is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B. Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

**1.** The ordinance or law:

**a.** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

**b.** Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

**2.a.** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

**b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

**c.** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

**3.** In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B**, and/or **C** of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

© ISO Properties, Inc., 2001

2. When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   a. If the Replacement Cost CoverageOption applies and the property is beingrepaired or replaced, on the same oranother premises, we will not pay morethan the lesser of:

      (1) The amount you would actuallyspend to repair, rebuild or reconstructthe building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      (2) The Limit of Insurance shown inthe Declarations as applicable to the covered building.

   b. If the Replacement Cost CoverageOption applies and the property is **not** repaired or replaced, or if the ReplacementCost Coverage Option does **not** apply, wewill not pay more than the lesser of:

      (1) The actual cash value of thebuilding at the time of loss; or

      (2) The Limit of Insurance shown inthe Declarations as applicable to the covered building.

3. Unless Paragraph **E.5.** applies, losspayment under Coverage **B** – Demolition CostCoverage will be determined as follows:

   We will not pay more than the lesser of the following:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The applicable Limit of Insuranceshown for Coverage **B** in the Scheduleabove.

4. Unless Paragraph **E.5.** applies, losspayment under Coverage **C** – Increased Costof Co nstruction Coverage will be determined as follows:

   a. We will not pay under Coverage **C**:

      (1) Until the property is actuallyrepaired or replaced, at the same oranother premises; and

      (2) Unless the repairs or replacementare made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

   b. If the building is repaired or replacedat the same premises, or if you elect torebuild at another premises, the most wewill pay under Coverage **C** is the lesser of:

      (1) The increased cost of constructionat the same premises; or

      (2) The applicable Limit of Insuranceshown for Coverage **C** in the Scheduleabove.

   c. If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

      (1) The increased cost of constructionat the new premises; or

      (2) The applicable Limit of Insuranceshown for Coverage **C** in the Scheduleabove.

5. If a **Combined** Limit of Insurance isshown for Coverages **B** and **C** in the Scheduleabove, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

   The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

   a. For Demolition Cost, we will not paymore than the amount you actually spend to demolish and clear the site of the described premises.

   b. With respect to the Increased Cost of Construction:

      (1) We will not pay for the increasedcost of construction:

         (a) Until the property is actuallyrepaired or replaced, at the same oranother premises; and

         (b) Unless the repairs orreplacement are made as soon asreasonably possible after the loss ordamage, not to exceed two years.We may extend this period in writingduring the two years.

      (2) If the building is repaired orreplaced at the same premises, or if youelect to rebuild at another premises, themost we will pay for the increased costof construction is the increased cost of construction at the same premises.

## NOTICE TO POLICYHOLDERS

## U.S TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy.  You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Policyholder Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC.  **Please read this Policyholder Notice carefully.**

OFAC administers and enforces sanctions policy, based on Presidential declarations of "national emergency".  OFAC has identified and listed numerous

- Foreign agents
- Front organizations
- Terrorists
- Terrorist organizations
- Narcotics traffickers

as "Specially Designated Nationals and Blocked Persons".  This list can be found on the United States Treasury's web site - http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance will be immediately subject to OFAC.  When an insurance policy is considered to be such a blocked or frozen contract, neither payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

POLICY NUMBER: FCI 004 7322

IL 09 85 01 03

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT OF 2002. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT OF 2002

**SCHEDULE\***

| |
|---|
| Terrorism Premium (Certified Acts) $   1437.0000 |
| Additional information, if any, concerning the terrorism premium: |

\*   Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act of 2002, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under that Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 90% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

© ISO Properties, Inc., 2003

## NOTICE TO POLICYHOLDERS

## FLORIDA NOTICE

THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

# NOTICE TO POLICYHOLDERS

### FRAUD NOTICE

| | |
|---|---|
| **Arkansas** | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **Colorado** | It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claiming with regard to a settlement or award payable for insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies. |
| **District of Columbia** | WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant. |
| **Florida** | Any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony of the third degree.<br><br>**Workers Compensation:** An injured employee or other party shall provide his signature in acknowledgement of the following statement: "Any person who, knowingly and with intent to injure, defraud, or deceive any employer or employee, insurance company, or self-insured program, files a statement of claim containing any false or misleading information is guilty of a felony of the third degree." If the injured party refuses to sign the document attesting that he/she has reviewed, understands, and acknowledges the statement, benefits, or payments under this chapter shall be suspended until such signature is obtained. |
| **Hawaii** | "For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both. |
| **Kentucky** | Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime. |
| **Louisiana** | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **Maine** | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or denial of insurance benefits. |

# NOTICE TO POLICYHOLDERS

### PRIVACY POLICY

The Indian Harbor Insurance Company (the "Companies"), believes personal information that we collect about our customers, potential customers, and proposed insureds (referred to collectively in this Privacy Policy as "customers") must be treated with the highest degree of confidentiality. For this reason and in compliance with the Title V of the Gramm-Leach-Bliley Act ("GLBA"), we have developed a Privacy Policy that applies to all of our companies. For purposes of our Privacy Policy, the term "personal information" includes all information we obtain about a customer and maintain in a personally identifiable way. In order to assure the confidentiality of the personal information we collect and in order to comply with applicable laws, all individuals with access to personal information about our customers are required to follow this policy.

### Our Privacy Promise

Your privacy and the confidentiality of your business records are important to us. Information and the analysis of information is essential to the business of insurance and critical to our ability to provide to you excellent, cost-effective service and products. We understand that gaining and keeping your trust depends upon the security and integrity of our records concerning you. Accordingly, we promise that:

1. We will follow strict standards of security and confidentiality to protect any information you share with us or information that we receive about you;
2. We will verify and exchange information regarding your credit and financial status only for the purposes of underwriting, policy administration, or risk management and only with reputable references and clearinghouse services;
3. We will not collect and use information about you and your business other than the minimum amount of information necessary to advise you about and deliver to you excellent service and products and to administer our business;
4. We will train our employees to handle information about you or your business in a secure and confidential manner and only permit employees authorized to use such information to have access to such information;
5. We will not disclose information about you or your business to any organization outside the XL insurance group of Companies or to third party service providers unless we disclose to you our intent to do so or we are required to do so by law;
6. We will not disclose medical information about you, your employees, or any claimants under any policy of insurance, unless you provide us with written authorization to do so, or unless the disclosure is for any specific business exception provided in the law;
7. We will attempt, with your help, to keep our records regarding you and your business complete and accurate, and will advise you how and where to access your account information (unless prohibited by law), and will advise you how to correct errors or make changes to that information; and
8. We will audit and assess our operations, personnel and third party service providers to assure that your privacy is respected.

### Collection and Sources of Information

We collect from a customer or potential customer only the personal information that is necessary for (a) determining eligibility for the product or service sought by the customer, (b) administering the product or service obtained, and (c) advising the customer about our products and services. The information we collect generally comes from the following sources:

- Submission – During the submission process, you provide us with information about you and your business, such as your name, address, phone number, e-mail address, and other types of personal identification information;
- Quotes – We collect information to enable us to determine your eligibility for the particular insurance product and to determine the cost of such insurance to you. The information we collect will vary with the type of insurance you seek;
- Transactions – We will maintain records of all transactions with us, our affiliates, and our third party service providers, including your insurance coverage selections, premiums, billing and payment information, claims history, and other information related to your account;

# NOTICE TO POLICYHOLDERS

- Your independent insurance agent or broker;
- An independent claim adjuster or investigator, or an attorney or expert involved in the claim;
- Persons or organizations that conduct scientific studies, including actuaries and accountants;
- An insurance support organization;
- Another insurer if to prevent fraud or to properly underwrite a risk;
- A state insurance department or other governmental agency, if required by federal, state or local laws; or
- Any persons entitled to receive information as ordered by a summons, court order, search warrant, or subpoena.

Violation of the Privacy Policy

Any person violating the Privacy Policy will be subject to discipline, up to and including termination.

For more information or to address questions regarding this privacy statement, please contact your broker.

any loss that would otherwise be excluded under the policy, such as losses excluded by the nuclear hazard or war exclusions.

## POTENTIAL CHANGE TO YOUR POLICY:

**Endorsement IL 09 95, IL 00 35 (AK) and IL 00 56 (ID) is attached to your policy. Its provisions become applicable to your policy only if certain events (one or more of them) occur. Those events include the following:**

- If the federal Terrorism Risk Insurance Program (TRIP) terminates with respect to the type of insurance provided under this policy. (TRIP is/was scheduled to terminate at the end of December 31, 2007 unless extended by the federal government.); or
- If TRIP is extended with changes that redefine terrorism, and we are not required to make such revised coverage available to you; or
- If TRIP is extended with changes that make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other events or occurrences under this policy, and we are not required to make such revised coverage available to you; or
- If TRIP is extended with changes that increase insurers' statutory percentage deductible under TRIP for terrorism losses, or decrease the federal government's statutory percentage share in potential terrorism losses, and we are not required to make terrorism coverage available to you. Our deductible in 2006 is 17.5% of the total of our previous year's direct earned premiums. In 2007, that figure is 20%. For losses occurring in 2006, the government's share is 90% of the terrorism losses paid by us above the deductible. For losses occurring in 2007, such share is 85%.

**Endorsement IL 09 95 IL 00 35 (AK) and IL 00 56 (ID) treats terrorism as follows:**

- Coverage for loss or damage arising out of a terrorism incident is excluded only if:

  - The total of all insured damage to all types of property (including business interruption losses sustained by owners or occupants of damaged property), from the incident, exceeds $25 million. The $25 million property damage threshold is based on losses sustained by all persons and entities who are affected by an incident of terrorism, and who are insured for the damage, or who would be insured but for a terrorism exclusion; or

    *(To determine whether the threshold for property damage ($25 million) is exceeded, multiple incidents of terrorism which occur within a seventy-two hour period and appear to be linked together or have a related purpose or common leadership behind them shall be considered to be one incident of terrorism.)*

  - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:

HOWECO, LLC, a Florida Partnership,

     Plaintiff,

vs.

INDIAN HARBOR INSURANCE COMPANY,
a Foreign Corporation,

     Defendant.

_____/

### AFFIDAVIT IN SUPPORT OF REMOVAL

     Before me, the undersigned, personally appeared Justine Schroeder who, after being duly sworn, deposes and states:

     1.  My name is Justine Schroeder and I am over the age of 21 and have personal knowledge of the facts contained herein.

     2.  I am a Primary Claims Account Manager at XL Reinsurance America, Inc., the insurer's holding company and authorized representative for Indian Harbor Insurance Company, which is the trade name of the company that issued the subject contract of insurance, Indian Harbor Insurance Company. I have authority in that capacity to consent to the removal of this matter for the Defendant in this matter.

     3.  Indian Harbor Insurance Company ("Indian Harbor") is a surplus lines insurer incorporated under the laws of the State of North Dakota and has its primary place of business in the State of Connecticut.

     4.  Indian Harbor issued a contract of insurance to Plaintiff, Howeco, LLC, for property located in Miami-Dade County, Florida.



BERK, MERCHANT & SIMS PLC

2100 PONCE DE LEON BOULEVARD, PH1 • C...  ...NE: 786.338.2900 • FAX: 786.338.2888

EXHIBIT
B

*Howeco v. Indian Harbor Ins. Co.*
Case No.:
Page 2 of 2

5.  Plaintiff's answers to Interrogatories, received by Indian Harbor on January 21, 2010, state that the amount in controversy is approximately $375,000.00.  This is the first paper served on Defendant in this lawsuit that provided an amount claimed in excess of $75,000.00.

6.  Defendant believes the amount in controversy well exceeds $75,000.00.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Justine Schroeder

State of  Connecticut          }

County of  Fairfield           }

The foregoing instrument was sworn to and subscribed before me this _11th_ day of February, 2010, by Justine Schroeder, whom is <u>personally known to me</u> or has produced ID # _____ as identification, and did take an oath.

_____
Notary Public

Notary Stamp:
KIM D. SLIVA
NOTARY PUBLIC
STATE OF CONNECTICUT
My Commission Expires 06/30/2011

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| **DIVISION** | **CIVIL ACTION SUMMONS** | **CASE NUMBER:** |
|---|---|---|
| ( x ) Civil | | |
| (  ) Other | | 09 -63 470 CA 22 |

| **PLAINTIFF** | **VS. DEFENDANT** | **CLOCK IN** |
|---|---|---|
| HOWECO, LLC, | INDIAN HARBOR INSURANCE | |
| a Florida Partnership | COMPANY, a Foreign Corporation | |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons, a copy of the **Complaint** in this action on the following named Defendant:

INDIAN HARBOUR INSURANCE COMPANY

By Serving:     Department of Insurance
                Service of Process Section
                Division of Legal services
                200 East Gaines Street
                Tallahassee, Florida 32399

Each Defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney:

Paul A. Sack, Esq.

Whose address is:    PAUL A. SACK, P. A.
                     6103 Aqua Avenue, # 404
                     Miami Beach, Fl 33141-5876
                     Telephone:  (786) 942-0454
                     Facsimile:  (305) 864-6881

within 20 calendar days after this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

**HARVEY RUVIN, CLERK**

CLERK OF THE COURT          By: _____          DATE _____
                               Deputy Clerk

COURT SEAL

EXHIBIT
C

## INTERROGATORIES

1. Please state the total amount of benefits you currently believe are owed by defendant for the loss(es) underlying this litigation.

### ANSWER:

APPROXIMATDLY $300.000 in damage Plus $ 75.000 loss of use

2. Please state with specificity your foundation for the allegations contained within paragraph 9 of your complaint that states "the defendant is in breach of the policy of insurance."

### ANSWER:

The defendant has failed to pay benefits pursuant to the policy.



3. Please  state the date(s) of loss for the damage described in your complaint.

**ANSWER:**

November 08 and continuing to today.

4. Please identify all policies of insurance you were a party to for the subject property on the date(s) of loss. In answering, please identify each insurer that issued the policy, the policy number(s) and effective dates.

**ANSWER:**

No other Policies.

01/03/2010  16:57      9548941619                          PAUL SACK                              PAGE  03/03

HOWECO, LLC v. Indian Harbor Ins. Co.
Case No.: 09-63470-CA-22
Page 5 of 5

**VERIFICATION**

(Signature)

_Eugene J. Howard_
(Print Name)

**STATE OF** _Fla_

**COUNTY OF** _Miami Dade_

I DO HEREBY CERTIFY that on this day before me, a Notary Public, duly
authorized in the State and County named above to take acknowledgments, personally
appeared _Eugene J. Howard_ who, being by me first duly sworn deposes
and says that he/she has answered the interrogatories herein, read the above and
foregoing Answers, and that the same are true to the best of his/her knowledge,
information and belief.  The foregoing instrument was acknowledged before me by
_____ who is personally known to me, or who has produced
_____ as identification and who took an oath

WITNESS my hand and official seal in the County and State last aforesaid this
_15th_ day of _January_, 20~~99~~

_Marilyn S. Sheffman_
Name

_MARILYN G. SHEFFMAN_
Printed Name
My Commission Expires:

Notary Public State of Florida
Marilyn G Sheffman
My Commission DD835548
Expires 11/03/2012

BERK, MERCHANT & SIMS

2100 PONCE DE LEON BOULEVARD, PH1 • CORAL GABLES, FLORIDA 33134 • PHONE: 786.338.2800 • FAX: 786.338.2888



**CIVIL COVER SHEET**

**I. CASE STYLE**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

HOWECO, LLC, a Florida Partnership          Case No.   **09 - 6 3 4 7 0 CA 2 2**

     Plaintiff

vs.

INDIAN HARBOR INSURANCE COMPANY,
 a Foreign Corporation

     Defendant.
_____/.

**II. TYPE OF CASE**

| Domestic Relations | Torts | Other Civil |
|---|---|---|
| ( ) Simplified Dissolution<br>( ) Dissolution<br>( ) Support - IV-D<br>( ) Support - Non IV-D<br>( ) URESA-IV-D<br>( ) URESA-Non-IV-D<br>( ) Domestic Violence<br>( ) Other domestic relations | ( ) Professional Malpractice<br>( ) Products Liability<br>( ) Auto Negligence<br>( ) Other Negligence | ( X) Contracts<br>( ) Condominium<br>( ) Real Property/ Mortgage<br>Foreclosure<br>( ) Eminent Domain<br>( ) Other |

**III. Is Jury Trial Demanded in Complaint?**

(X) Yes
( ) No

Date: _8/25/09_

Signature of Attorney for Party Initiating Action

_____

PAUL A. SACK, P.A.
6103 Aqua Avenue, # 404
Miami Beach, Fl 33141-5876
Telephone:  (786) 942-0454
Facsimile:   (305) 864-6881

**EXHIBIT**
**E**

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: Case No.: 09-63470-CA-22

HOWECO, LLC, a Florida Partnership,

     Plaintiff,

vs.

INDIAN HARBOR INSURANCE COMPANY,
a Foreign Corporation,

     Defendant.

_____/

## NOTICE TO STATE COURT

     Defendant, INDIAN HARBOR INSURANCE COMPANY ("INDIAN HARBOR"), by and through undersigned counsel, hereby files this Notice to State Court that the attached Notice of Removal of Civil Action has been filed with the United States District Court for the Southern District of Florida.

Respectfully submitted,

**BERK, MERCHANT & SIMS, PLC**

William S. Berk
Florida Bar No.: 349828
Patrick E. Betar
Florida Bar No.: 11073
2100 Ponce De Leon Blvd., PH1
Coral Gables, Florida 33134
Telephone: (786) 338-2900
Facsimile:(786)338-2888
*Counsel for Defendant*

EXHIBIT
F

*Howeco v. Indian Harbor Ins. Co.*
*Page 2 of 2*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished

via fax and U.S. Mail this __12__ day of February, 2010 to:

Paul Sack, Esq.
**2520 Shelter Avenue**
**Miami Beach, FL 33140**
Telephone: 786-942-0454
Facsimile:   305-864-6884
*Counsel for Plaintif*

Patrick E. Betar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

HOWECO, LLC, a Florida Partnership,

      Plaintiff,

vs.

INDIAN HARBOR INSURANCE COMPANY,
a Foreign Corporation,

      Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING REMOVAL OF CIVIL ACTION

YOU ARE HEREBY NOTIFIED, that on this day a Notice of Removal, a true copy

of which is attached, was filed in the United States District Court for the Southern

District of Florida.

DATED this 12 day of February, 2010.

Respectfully submitted,

**BERK, MERCHANT & SIMS, PLC**

William S. Berk
Florida Bar No.: 349828
Patrick E. Betar
Florida Bar No.: 11073
2100 Ponce De Leon Blvd., PH1
Coral Gables, Florida  33134
Telephone: (786) 338-2900
Facsimile:(786)338-2888
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished

via fax and U.S. Mail this ____12____ day of February, 2010 to:

Paul Sack, Esq.
**2520 Shelter Avenue**
**Miami Beach, FL 33140**
Telephone: 786-942-0454
Facsimile:   305-864-6884
*Counsel for Plaintif*

Patrick E. Betar